IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JAN 2 2 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NUMBER 13-mj-3015-DGW |
| | ) |
| ERIC C. BECKLEY, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Neal Rohlfing, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**Possession with Intent to Distribute Heroin**

On or about January 21, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

**ERIC C. BECKLEY,**

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

On or about January 21, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

**ERIC C. BECKLEY,**

defendant herein, did knowingly possess the following firearm, to wit: a WASR 10, 7.62x39 mm caliber semi-automatic rifle, bearing serial number 1M150978, in furtherance of a drug trafficking crime, to wit: Possession with Intent to Distribute Heroin, as charged in Count 1; all in violation of 18 U.S.C. § 924(c)(1)(A).

I further state that I am a Task Force Officer with the Drug Enforcement Administration, and that this complaint is based on the following facts:

## AFFIDAVIT

Your affiant, Neal Rohlfing, after being duly sworn, does hereby state that he is a Task Force Officer with the Drug Enforcement Administration and has been employed as a police officer with the Fairview Heights Police Department for approximately 11 years, and as such is vested with the authority to investigate violations of State and Federal laws, including Title 21 of the United States Code. Your affiant is currently assigned as a Task Force Officer in the Fairview Heights Resident Office of the Drug Enforcement Administration, and has primary responsibilities for investigation of drug crimes.

The statements contained in this affidavit are based on the your affiant's investigation, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1.   Prior to January 21, 2013, police received information that Deborah A. Perkins, and her son, Douglas W. Oliver, were selling heroin from their residence at 20 Kassing Drive in Fairview Heights, Illinois. Police received information that the Defendant would travel to Chicago, Illinois, where she would be supplied with heroin, and then she would return to Fairview Heights, where she and Oliver would sell the heroin. Police received information that the Defendant had traveled to Chicago on January 18, 2013 and that she was expected to return by bus on January 21, 2013.

2.  On January 21, 2013, police went to a bus station in St. Louis, Missouri, and they watched Perkins disembark from a bus that had arrived from Chicago. Police watched Perkins get into a car, and they followed the car from the bus station to East St. Louis, Illinois. East St. Louis is located in St. Clair County and within the Southern District of Illinois. Police saw the car stop at 6958 Park Drive in East St. Louis, and Police then followed the car back to 20 Kassing Drive in Fairview Heights.

3.  Later on January 21, 2013, police executed a search warrant at 20 Kassing Drive, where approximately 20 grams of suspected heroin was recovered. Perkins was arrested and interviewed. Perkins admitted that she would travel to Chicago to be supplied with heroin and that she would bring the back to Fairview Heights where she and Oliver would sell it. Perkins stated that on January 21, 2013, she had returned from Chicago with 75 grams of heroin. Perkins stated that she had delivered 50 grams of heroin to the Defendant, Eric Beckley, at 6958 Park Drive and that she had been supplying the Defendant with heroin for several months. Perkins stated that she took the remaining 25 grams of heroin to 20 Kassing, where she and Oliver intended to sell it.

4.  Police went back to 6958 Park Drive in East St. Louis. They knocked on the door, and the Defendant answered the door. Police attempted to interview the Defendant about Deborah Perkins, and the Defendant supplied several evasive and inconsistent answers. Police received consent to search 6958 Park Drive from the resident, the Defendant's sister. Police recovered a scale, packaging materials, and approximately 3 grams of a powdery substance that field-tested positive for heroin. In the same room, police recovered a WASR 10, 7.62x39 mm caliber semi-automatic rifle, bearing serial number 1M150978.

5.  The Defendant was arrested and interviewed after receiving his *Miranda* rights. The Defendant stated that his fingerprints would be on the rifle that was recovered from 6958 Park

because he had handled it in the past.

FURTHER AFFIANT SAYETH NAUGHT.

_____
NEAL ROHLFING
Task Force Officer,
Drug Enforcement Administration

State of Illinois          )
                           )   SS.
County of St. Clair        )

Sworn to before me and subscribed in my presence on the 22nd day of January, 2013, at East St. Louis, Illinois.

_____
DONALD WILKERSON
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

_____
DONALD S. BOYCE
Assistant United States Attorney