IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 13-CR-30023-DRH |
| vs. | ) |
| | ) |
| ERIC C. BECKLEY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The Defendant and the Government agree and stipulate as follows:

1. On January 21, 2013, in St. Clair County, within the Southern District of Illinois, police arrested the Defendant and seized approximately two (2) grams of heroin from Defendant's residence. The heroin which police seized belonged to the Defendant, and he had intended to sell it.

2. At the time of his arrest on January 21, 2013, police also seized from Defendant's residence a WASR semi-automatic rifle and a quantity of ammunition. The rifle was not manufactured in Illinois and had been transported in interstate commerce. The semi-automatic rifle which police seized belonged to the Defendant.

3. On March 17, 2010, the Defendant was convicted in the Circuit Court of St. Clair County, IL, of the felony offense of "Unlawful Delivery of a Controlled Substance."

**SO STIPULATED**

_____
ERIC C. BECKLEY
Defendant

_____
ANDREW M. LIEFER
Attorney for Defendant

Date: 10/29/2013

_____
ROBERT L. GARRISON
Assistant United States Attorney

Date: 10/29/13